**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

CEDRIC BISHOP, on behalf of himself and all others similarly situated,

       Plaintiffs,

  - against -

ROBERT HALF INTERNATIONAL, INC.,

       Defendant.

------------------------------------------------x

Case No.:1:18 cv 01669 (RA)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/18

  Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: April 13, 2018

_____
Joseph H. Mizrahi

**COHEN & MIZRAHI LLC**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (929) 575-4175
E-mail: joseph@cml.legal

*Attorneys for Plaintiff*

_____
Joshua A. Stein
Shira M. Blank

**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Ronnie Abrams

Date: April 18, 2018